AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

Jean Rene Duperval

**EXHIBIT AND WITNESS LIST**

Case Number: 09-21010-CR-MGC

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Stephen T. Brown | Aurora Fagan | Joseph Bieler |

| TRIAL DATE(S) PTD hrg | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/30/09 | n/A | Stephanie A. Lee |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 12/30 | ✓ | ✓ | Deft's Diploma from Polytechnic University |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

