UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-CR-21010-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOEL ESQUENAZI, et al.,

    Defendants.

_____/

**DEFENDANT JEAN RENE DUPERVAL'S PROFFER TO SATISFY <u>NEBBIA</u> CONDITION ATTACHED TO TEN PERCENT DEPOSIT WITH <u>CLERK OF THE COURT</u>**

As one condition of Defendant Jean Rene Duperval's pretrial release, the Court required a personal surety bond to be executed by the Defendant and his wife, Ingrid Duperval, in the amount of $75,000 with a deposit of ten percent of that amount into the registry of the Clerk of the Court. The Court attached a <u>Nebbia</u> condition to the funds to be deposited with the Clerk.

In order to satisfy the <u>Nebbia</u> condition, the Defendant proffers as follows:

The $7,500 to be deposited into the registry of the Clerk of the Court will be provided by two individuals. The sum of $2,500 is being provided by Guerda Sejour, who is the wife of Waldy Ernest. Mr. Ernest has already prepared a character letter on behalf of Mr. Duperval which explains the relationship with Mr.

1

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S)
## NOT SCANNED/SCANNED
### and are available in the
## SUPPLEMENTAL PAPER FILE

**PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED**

CASE NO. 09-21010-CR-MGC

Date 1/5/10

- ☐ DUE TO POOR QUALITY
- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
  consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD/TRANSCRIPT (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☒ OTHER = Aebbia Juevments containing personal information