UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21010-CR-COOKE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEAN RENE DUPERVAL,

    Defendant.
_____/

**DEFENDANT'S INVOCATION OF RIGHTS
TO SILENCE AND COUNSEL**

    The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

    The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant.

Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

                Respectfully submitted,

                KATHLEEN M. WILLIAMS
                FEDERAL PUBLIC DEFENDER

By:    s/Hector A. Dopico
       Hector A. Dopico
       Assistant Federal Public Defender
       Florida Bar No. 0161380
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: (305) 530-7000
       Fax: (305) 536-4559
       hector_dopico@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2010, undersigned electronically filed the foregoing document with the Clerk of the Court, using CM/ECF and has served same via U. S. Mail to those attorneys who are not authorized to receive electronic filings.

By:  s/Hector A. Dopico
     Hector A. Dopico

*UNITED STATES v. JEAN RENE DUPERVAL,*
CASE NO. 09-21010-CR-COOKE

United States District Court, Southern District of Florida

## SERVICE LIST

United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9361

Fax: 305-530-7976


Hector A. Dopico
Assistant Federal Public Defender
150 West Flagler Street
Suite 1700
Miami, Florida 33130
Tel. (305) 530-7000
Fax. (305) 536-4559
hector_dopico@fd.org