UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-21010-CR-MARTINEZ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEAN RENE DUPERVAL,

        Defendant.
_____/

**DEFENDANT JEAN DUPERVAL'S RESPONSE TO CO-DEFENDANT CARLOS RODRIGUEZ' MOTION TO RE-SET TRIAL DATE FOR NOVEMBER 29, 2010**

      The Defendant, Jean Rene Duperval, by and through undersigned counsel, hereby files this response to co-defendant Carlos Rodriguez' motion to re-set the trial date in this case from December 6, 2010 to November 29, 2010. [D.E. 243]. Mr. Duperval does not object to moving the trial date in this case to the week of November 29, 2010.

      Undersigned counsel's trial in case 10-20277-CR-Jordan that was set for September 13, 2010 was dismissed by the government on August 26, 2010. Consequently, undersigned counsel will strive to be ready for trial in this case by November 29, 2010. Undersigned counsel has family departing following the Thanksgiving holiday on Monday, November 29, 2010. As such, counsel requests that the trial commence no earlier than Tuesday, November 30, 2010.

WHEREFORE, for the reasons stated herein, the Defendant respectfully does not object to the co-defendant's motion to re-set the trial date for the week of November 29, 2010.

        Respectfully submitted,
        KATHLEEN M. WILLIAMS
        FEDERAL PUBLIC DEFENDER

By:   *s/ Jan C. Smith, II*
        Jan C. Smith, II
        Supervisory Assistant Federal Public Defender
        Florida Bar No. 0117341
        150 West Flagler Street, Suite 1700
        Miami, Florida 33130
        Tel: 305-530-7000 / Fax: 305-536-4559
        E-Mail: jan_smith@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **August 27, 2010**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        *s/ Jan C. Smith, II*
        Jan C. Smith, II

**SERVICE LIST**
**UNITED STATES v.  JEAN RENE DUPERVAL**
**CASE NO.  09-21010-CR-MARTINEZ**

**United States District Court, Southern District of Florida**

Jan C. Smith, II
jan_smith@fd.org
Supervisory Assistant Federal Public Defender
150 W. Flagler St., Suite 1700
Miami, FL 33130-1556
Telephone:(305) 530-7000
Facsimile: (305) 536-4559
Attorney for Jean Rene Duperval
Service Via CM/ECF

Aurora Fagan
aurora.fagan@usdoj.gov
Assistant United States Attorney
99 N.E. 4th Street
Miami, FL 33132
Telephone:(305) 961-9100
Facsimile: (305) 530-7976
Attorney for the Government
Service Via CM/ECF

Kevin B. Gerrity
kevin.gerrity@usdoj.gov
US Department of Justice
Asset Forfeiture & Money Laundering
1400 New York Avenue NW, Suite 10100
Washington, DC 20530
Telephone:  202-353-8915
Facsmile: 202-616-2547
Attorney for the Government
Service Via CM/ECF

Nicola J. Mrazek
Nicola.Mrazek@usdoj.gov
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave. NW, 4th FL
Washington, DC 20005
Telephone:  202-514-8122
Facsimile:  202-514-7021
Attorney for the Government
Service via CM/ECF